IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:17-CR-83-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **REASSIGNMENT ORDER** |
| ) | |
| CHRISTOPHER SCOTT WILDER, ) | |
| a/k/a "Chris Recon" ) | |
| Defendant. ) | |

At the direction of the court, and for the continued efficient administration of justice, the above-captioned case is reassigned to the Honorable W. Earl Britt, Senior United States District Judge, for all further proceedings. Chief United States District Judge James C. Dever III is no longer assigned to the case. **All future documents shall reflect the revised case number of 7:17-CR-83-BR.**

SO ORDERED. This the 15th day of August, 2017.

Peter A. Moore, Jr.
Clerk of Court