IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CR-83-BR-1

UNITED STATES OF AMERICA,

v.

CHRISTOPHER SCOTT WILDER

ORDER

This matter comes before the Court by a Consent Motion to Amend Presentencing Travel Restrictions for Defendant, Christopher Scott Wilder ("Defendant"), to include travel outside Eastern District of North Carolina as approved by the Federal Probation Officer.

After due consideration of the Motion and for good cause shown, Defendant's Consent Motion to Amend Presentencing Travel Restrictions is hereby GRANTED. Defendant is allowed to travel in the Eastern District of North Carolina or as otherwise approved by the Federal Probation Officer.

This the 8 day of September, 2017.

James E. Gates
United States Magistrate Judge